■ Gerald L. Stevens et al., Respondents, v Grace A. Maimone et al., Appellants. (Appeal No. 2.) [775 NYS2d 709]— Appeals from an order of the Supreme Court, Niagara County (Joseph D. Mintz, J.), entered May 29, 2003. The order granted judgment in favor of plaintiff Gerald L. Stevens against defendants upon a jury verdict.

It is hereby ordered that said appeals be and the same hereby are unanimously dismissed without costs (*see* CPLR 5501 [a] [1]; *Matter of Laborers Intl. Union of N. Am., Local 210, AFL-CIO v Shevlin-Manning, Inc.,* 147 AD2d 977 [1989]). Present—Pigott, Jr., P.J., Green, Pine, Wisner and Lawton, JJ.